Crim-Trial (4/2/12)

HONORABLE: Victor A. Bolden
DEPUTY CLERK: Tatihana Murphy         RPTR/ECRO/TAPE: Sharon Montini
TOTAL TIME: _____ hours  7  minutes   USPO _____   INTERPRETER _____
DATE: 4/18/2022    START TIME: 1:04PM    END TIME: 1:11PM
LUNCH RECESS  FROM: _____  TO: _____
RECESS (if more than ½ hr) FROM: _____ TO: _____

CRIMINAL NO. 3:19-cr-220 (VAB)         Deft #1

UNITED STATES OF AMERICA

vs

Deron D. Freeman

Susan Wines & Christopher Schmeisser
AUSA

Brian E. Spears & Richard R. Brown
Defendant's Counsel

## Trial Verdict-Bench

- ☐ Jury of ____ and ____ alternates report ☐ Jury sworn.
- ☐ Juror # _____ excused ☐ Alternates excused
- ☐ Deft _____ Failed to appear. Bench warrant issued.
- ☐ ☐ Jury Trial held ☐ Jury Trial continued until _____ at _____
- ☐ ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- ☐..#__ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
- ☐..#__ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
- ☐..#__ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
- ☐..#__ Deft _____ motion _____  ☐ granted ☐ denied ☐ advisement
- ☐..#__ Govt's motion _____  ☐ granted ☐ denied ☐ advisement
- ☐..#__ Govt's motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ Deft _____ oral motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ Govt's oral motion _____  ☐ granted ☐ denied ☐ advisement
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ _____ ☐ filed
- ☐ ☐ Government rests ☐ Defendant _____ rests
- ☐ ☐ Summation held ☐ Court's Charge to the Jury
- ☐ All full exhibits, ☐ Indictment ☐ Information ☐ Verdict form handed to the Jury
- ☐ Jury commences deliberations at _____
- ☐ Court orders Jury to be fed at Govt expense (bill w/copy of minutes to Finance)
- ☐ SEE ☐ page II ☐ for additional entries
- ☐ Copy to: JURY CLERK with daily juror attendance sign-in sheet

## CRIMINAL JURY/COURT TRIAL (continued)

☐......... Court declares MISTRIAL as to Defendant _____
☐......... Jury Verdict filed
☐......... Oral Verdict
☒......... Court Verdict  to be filed on the docket
☒......... ☒ guilty as to Deft  Deron D. Freeman   as to counts  1-7 of the superseding Indictment
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... ☐ not guilty as to Deft _____ as to counts _____
☐......... Court accepts verdict and orders verdict verified and recorded
☐......... Jury polled
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Sentencing set _____ at _____ as to Deft _____
☐......... Prob 246B Order for PSI & Report
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ set for $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ revoked ☐ reinstated ☐ continued as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Bond ☐ reduced ☐ increased to $_____ ☐ Non-surety ☐ Surety ☐ PR as to Deft _____
☐......... Deft _____ REMANDED to custody
☒......... Deft  Freeman  oral motion to remain on bond pending sentencing ☒ granted ☐ denied ☐ adv.

### NOTES OR MISCELLANEOUS PROCEEDINGS

Sentencing Date and Schedule to be agreed on by 4/22/2022